

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 26, 2021

**<u>VIA ECF</u>**

The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Abduraman Iseni*, 20 Cr. 660 (ALC)

Dear Judge Carter:

    Earlier today, the parties learned that tomorrow's initial pre-trial conference will be adjourned for logistical reasons to either February 9 or February 11. The Government respectfully submits this letter motion, with the consent of defense counsel, to request that the Court exclude Speedy Trial time until February 11, 2021, the latter of the two potential dates of the rescheduled initial pre-trial conference.

    As background, 15 of the 16 indicted defendants have been arrested and arraigned, and the Court has excluded Speedy Trial time until January 27, 2021, the original date of the initial pre-trial conference. (ECF Doc. No. 76.) So that the parties may discuss possible pre-trial dispositions, finalize a protective order, produce and review discovery, and prepare for the initial pre-trial conference, the parties respectfully request that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), until February 11, 2021, and submit that such exclusion of time is in the interest of justice. Counsel to the 15 defendants consent to this request.

    Very truly yours,

    AUDREY STRAUSS
    United States Attorney

    by: /s/ David R. Felton
        Samuel Raymond / David R. Felton
        Assistant United States Attorneys
        (212) 637-6519 / (914) 993-1908

cc: All defense counsel (by ECF)