UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

      -against-

GAZMEND LITA,

                Defendant.
------------------------------------------------------------------- x

20-CR-660 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    A Telephone Change of Plea Hearing is set for **September 8, 2021** at **10:00 a.m.** The parties should contact the Court at 1-888-363-4749 on the date and time specified above and once prompted, should dial access code 3768660.

**SO ORDERED.**

Dated:    New York, New York
             August 17, 2021

                                              **ANDREW L. CARTER, JR.**
                                              United States District Judge