# WHIPPLE AZZARELLO, LLC

Attorneys at Law
———————

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

December 17, 2021

**VIA ECF**
Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re: **United States of America v. Gazmend Lita**
    **Criminal Case No. 20-660(ALC)**

Dear Judge Carter:

    Mr. Lita's sentencing is currently calendared for January 18, 2022. It is my understanding that Mr. Lita's sentencing submission would be due two weeks prior on January 4, 2022. I write the Court to request a brief two-week adjournment of Mr. Lita's sentencing, with a new sentencing date of February 1, 2022 or such other date as is convenient for the Court.

    There are two bases for my request. First, I am still gathering documents in support of Mr. Lita's sentencing submission, a task I believe may be delayed by the upcoming holiday period. Second, there is an outstanding issue regarding Mr. Lita's forfeiture obligation that I hope to resolve with the Government in advance of Mr. Lita's sentencing. Again, given the upcoming holiday period, I believe additional time may be necessary to resolve this issue.

    I have communicated Mr. Lita's request to the Government (AUSAs Samuel Raymond and David Felton). The Government has expressed that it does not object to a brief two-week adjournment. Thank you for your consideration.

Respectfully submitted,

**WHIPPLE AZZARELLO, LLC**
By: /s/ John A. Azzarello
     John. A. Azzarello

JAA:wm

cc: David Fenton, A.U.S.A. (Via Email)
    Samuel Raymond, A.U.S.A. (Via Email)
    Francesca Tessier-Miller, U.S. Pretrial Services Officer (Via Email)

**Honorable Andrew L. Carter, Jr., U.S.D.J.**
**United States District Court**
**Re:**     **United States of America v. Gazmend Lita**
           **Criminal Case No. 20-660(ALC)**

**December 17, 2021**
**Page 2**

                        **SO ORDERED**

                        _____
                        **HONORABLE ANDREW L. CARTER**
                        **United States District Judge**