MEMO ENDORSED

# WHIPPLE AZZARELLO, LLC
Attorneys at Law

161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
whippleazzarellolaw.com

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**JOHN J. FARMER, JR.**
Of Counsel

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

December 17, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 12-20-21

**VIA ECF**
Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:   **United States of America v. Gazmend Lita**
      **Criminal Case No. 20-660(ALC)**

Dear Judge Carter:

Mr. Lita's sentencing is currently calendared for January 18, 2022. It is my understanding that Mr. Lita's sentencing submission would be due two weeks prior on January 4, 2022. I write the Court to request a brief two-week adjournment of Mr. Lita's sentencing, with a new sentencing date of February 1, 2022 or such other date as is convenient for the Court.

There are two bases for my request. First, I am still gathering documents in support of Mr. Lita's sentencing submission, a task I believe may be delayed by the upcoming holiday period. Second, there is an outstanding issue regarding Mr. Lita's forfeiture obligation that I hope to resolve with the Government in advance of Mr. Lita's sentencing. Again, given the upcoming holiday period, I believe additional time may be necessary to resolve this issue.

I have communicated Mr. Lita's request to the Government (AUSAs Samuel Raymond and David Felton). The Government has expressed that it does not object to a brief two-week adjournment. Thank you for your consideration.

Respectfully submitted,

WHIPPLE AZZARELLO, LLC
By: /s/ John A. Azzarello
        John. A. Azzarello

JAA:wm

cc:   David Fenton, A.U.S.A. (Via Email)
      Samuel Raymond, A.U.S.A. (Via Email)
      Francesca Tessier-Miller, U.S. Pretrial Services Officer (Via Email)

The application is granted. Sentencing adjourned to 2-1-22 at 12:30p.m.
So Ordered.
/s/ Andrew L. Carter
12-20-21