**WHIPPLE AZZARELLO, LLC**
Attorneys at Law
―――――
161 Madison Avenue, Suite 325
Morristown, New Jersey 07960
Tel: (973) 267-7300
Fax: (973) 267-0031
**whippleazzarellolaw.com**

**JOHN C. WHIPPLE**
Certified by the Supreme Court of
New Jersey as a Criminal Trial Attorney

**JOHN A. AZZARELLO**
Admitted in New Jersey
and New York

**AMY VALENTINE McCLELLAND**
Of Counsel

**WILLIAM J. MUÑOZ**
Admitted in New Jersey
and New York

January 24, 2022

**VIA ECF**
Honorable Andrew L. Carter, Jr.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: **United States of America v. Gazmend Lita**
       **Criminal Case No. 20-660(ALC)**

Dear Judge Carter,

  Please accept this supplemental letter in lieu of a more formal submission on behalf of Gazmend Lita.

  Upon further review of Mr. Lita's sentencing memorandum filed Tuesday, January 18, 2022, he seeks to clarify one point. Mr. Lita is concerned that his sentencing memorandum may be interpreted as disclaiming responsibility for his specific role in the conspiracy. Mr. Lita does not mean to imply he was somehow subordinate to Mr. Djokic in the gambling operation. He acknowledges that he was not only aware of the gambling at the Albanian American Social Club, but that he also actively benefited from it. Although he was not actively involved in the day-to-day management of the gambling operation, Mr. Lita was nonetheless a willing participant with a financial interest in the gambling operation's success. He was not an employee or subordinate of Mr. Djokic; he willingly allowed the use of the Albanian American Social Club – which he personally leased – for gambling. Thus, although he initially expected the Social Club would be focused on food, drink, and community, he ultimately played a necessary role in the gambling operation.

  Mr. Lita takes full responsibility for his actions and hopes only to pay his debt to society and return to supporting his family and community.

          Respectfully submitted,

         **WHIPPLE AZZARELLO, LLC**

        By: _____/s/John A. Azzarello_____
          John A. Azzarello

JAA

cc: Samuel Raymond, Esq., Assistant United States Attorney (via e-mail)
David R. Felton, Esq., Assistant United States Attorney (via e-mail)
Ashley E Geiser, United States Probation Officer (via e-mail)
Gazmend Lita (via e-mail)