

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 1, 2023

**VIA ECF**
The Honorable Andrew L. Carter, Jr.
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Melsa Skrapalliu*, 20 Cr. 660 (ALC)

Dear Judge Carter:

      The Government, after conferring with and receiving the consent of defense counsel, respectfully writes to request that the Court adjourn the trial of defendant Melsa Skrapalliu, currently scheduled for July 5, 2023.  The Government, with defendant's consent, respectfully makes this request because the Government's primary case-in-chief witness, the individual identified as "Agent-1" in the Government's opposition brief to defendant's pre-trial motions, *see* Dkt. No. 314 at 4-5, 9, 10, to whom the Indictment alleges the defendant made the alleged false statements at issue to, is expecting twins with a due date of July 3, 2023.  The parties have conferred about alternative trial dates and, while we do not make such a request lightly, in view of the fact that the defendant is released on bail and the parties' schedules, which include several previously scheduled multi-week trials, respectfully request a trial date in the first quarter of 2024.  If the Court grants the parties' request, the Government also respectfully applies to the Court to exclude time to the newly scheduled trial date, in the interests of justice, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, because such an exclusion is appropriate given the voluminous discovery productions, and is necessary to allow defense counsel the reasonable time necessary for effective preparation for any trial and to discuss with the Government potential pre-trial dispositions.  Defense counsel consents to this request as well.

                              Very truly yours,

                                DAMIAN WILLIAMS
                                United States Attorney

            by: /s/_____
                 Samuel Raymond / David R. Felton
                 Assistant United States Attorneys
                 (212) 637-6519 / -2299

cc: Joseph V. Sorrentino, Esq. (by ECF)